**Opinion issued February 3, 2015.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00523-CV

———————————

**CINTAS CORPORATION NO. 2 AND WALDER A. MORGAN, Appellants**

**V.**

**CHARLES LLOYD HINSON AND WIFE, ROSA MARIA HINSON,**
**Appellees**

---

On Appeal from the 405th[1] District Court
Galveston County, Texas
Trial Court Case No. 12-CV-1815

---

## MEMORANDUM OPINION

The parties have filed a joint motion to set aside judgment and remand the

cause pursuant to settlement. They represent that they have reached an agreement

---

[1]     Counsel for Appellant: George W. Vie
        Counsel for Appellee: Alton C. Todd
        Trial Court Judge: Judge Michelle M. Slaughter

to settle this matter and request that we grant their motion to remand pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B). The parties also request that the surety, Liberty Mutual Insurance Company, be released from its obligation on the supersedeas bond.

We grant the joint motion, vacate the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of an agreed final judgment. *See id.* The clerk of the trial court shall release the surety, Liberty Mutual Insurance Company, from further liability on the supersedeas bond filed in the case.

We dismiss all pending motions as moot.


**PER CURIAM**

Panel consists of Justices Massengale, Brown, and Huddle.